[No. 70517-2-I.  Division One.  December 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SVEIN ARVE VIK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01137-5, George N. Bowden, J., entered June 17, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70923-2-I.  Division One.  December 8, 2014.]

CYNTHIA DILLON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-19032-1, Dean Scott Lum, J., entered August 27, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Verellen, JJ. Now published at 186 Wn. App. 1.

[No. 71368-0-I.  Division One.  December 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAYLOR LATOYA BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13390-0, Catherine D. Shaffer, J., entered December 6, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 71423-6-I.  Division One.  December 8, 2014.]

*In the Matter of the Detention of* M.P.

THE STATE OF WASHINGTON, *Respondent*, v. M.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-6-03378-4, Suzanne Parisien, J., entered December 10, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.